IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM H. COLLEY, JR. * | |
| PLAINTIFF * | CIVIL ACTION NO. 2:11CV56-ILRL-DEK |
| * | |
| VS. * | JUDGE IVAN R. LEMELLE, JR. |
| * | |
| HSBC CARD SERVICES INC., * | MAG. JUDGE DANIEL E. KNOWLES, III |
| TRANS UNION LLC, EXPERIAN * | |
| INFORMATION SOLUTIONS, INC., AND * | |
| EQUIFAX INFORMATION SERVICES LLC * | |
| DEFENDANTS * | |

## JUDGMENT

Considering the above and foregoing Partial Motion to Dismiss;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint of William Colley, Jr. filed in the above-captioned lawsuit and any and all claims asserted therein against HSBC Bank Nevada, N.A. and HSBC Card Services, Inc. are dismissed with prejudice and with each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that William Colley, Jr. specifically reserves his remaining claims and rights against all other parties.

New Orleans, Louisiana this 23rd day of January, 2012.

_____
United States District Judge